DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.B. GROSSMAN,**
Appellant,

v.

**AMERICAN EXPRESS CENTURION BANK CORPORATION,**
Appellee.

No. 4D18-2825

[April 4, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 14-022821.

J.B. Grossman, Fort Lauderdale, pro se.

Lourdes R. Slinsky and Mitchell Morneault of Modlin Slinsky, P.A., Sunrise, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***